UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD RAY ALLEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1482** |
| **N. BURL CAIN** | **SECTION: "J"(3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby **OVERRULES** Allen's objection and approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Donald Ray Allen is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of February, 2017.

_____
**UNITED STATES DISTRICT JUDGE**